**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HSF HOLDING, INC., *et al.*,[1] | Case No. 09-11901 (PJW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 10, 2009 AT 10:30 A.M. (EASTERN TIME)**

**CONTINUED MATTERS:**

1.  Motion of the Debtors for Authority to Employ and Compensate Certain Professionals in the Ordinary Course of Business (Docket No. 13; filed May 30, 2009)

    Response Deadline:  June 24, 2009 at 4:00 p.m.; extension granted for (i) the Committee to June 25, 2009 at 11:59 p.m. (ET) and (ii) the US Trustee to June 28, 2009 at 9:00 p.m. (ET).

    Responses/Objections:

    a.  Informal Comments by the U. S. Trustee

    Related Documents:

    a.  Notice of Motion of the Debtors for Authority to Employ and Compensate Certain Professionals in the Ordinary Course of Business (Docket No. 33; filed June 4, 2009)

    Status:  This matter is being continued to a date to be determined.

**UNCONTESTED MATTERS WITH CNO:**

2.  Application of the Official Committee of Unsecured Creditors for Authority to Employ Atlantic Law Group, LLC as Counsel, *Nunc Pro Tunc* to July 17, 2009 (Docket No. 201; filed July 28, 2009)

    Response Deadline:  September 3, 2009 at 4:00 p.m. (ET).

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) HSF Holding, Inc., a Delaware corporation (9413) and (ii) Hawaii Superferry, Inc., a Hawaii corporation (2152). The mailing address for both Debtors is Pier 19 Ferry Terminal, Honolulu, HI 96817.

#11448010 v1

Responses/Objections: None.

Related Documents:

a. Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Authority to Employ Atlantic Law Group, LLC as Counsel, *Nunc Pro Tunc* to July 17, 2009 (Docket No. 291; filed September 4, 2009)

b. Proposed Order

Status: No hearing necessary. Counsel requests that the Court enter the proposed order submitted with the Certificate of No Objection.

3. Motion Of The Debtors For An Order Pursuant To Section 365(d)(4) Of The Bankruptcy Code Extending The Time Within Which The Debtors Must Assume Or Reject An Unexpired Lease Of Non-Residential Real Property (Docket No. 264; filed August 21, 2009)

Response Deadline: September 2, 2009 at 4:00 p.m. (ET).

Responses/Objections: None.

Related Documents:

a. Certification of No Objection Regarding Motion Of The Debtors For An Order Pursuant To Section 365(d)(4) Of The Bankruptcy Code Extending The Time Within Which The Debtors Must Assume Or Reject An Unexpired Lease Of Non-Residential Real Property (Docket No. 295; filed September 4, 2009)

b. Proposed Order

Status: No hearing necessary. Counsel requests that the Court enter the proposed order submitted with the Certificate of No Objection.

4. Motion For Order Further Extending Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 265; filed August 21, 2009)

Response Deadline: September 2, 2009 at 4:00 p.m. (ET).

Responses/Objections: None.

Related Documents:

a. Certification of No Objection Regarding Motion For Order Further Extending Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 296; filed September 4, 2009)

b. Proposed Order

Status: No hearing necessary. Counsel requests that the Court enter the proposed order submitted with the Certificate of No Objection.

5. Motion Of The Debtors And Debtors-In-Possession For Entry Of An Order Pursuant To Section 1121(d) Of The Bankruptcy Code Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of A Plan (Docket No. 266; filed August 21, 2009)

Response Deadline: September 2, 2009 at 4:00 p.m. (ET).

Responses/Objections: None.

Related Documents:

a. Certification of No Objection Regarding Motion Of The Debtors And Debtors-In-Possession For Entry Of An Order Pursuant To Section 1121(d) Of The Bankruptcy Code Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of A Plan (Docket No. 297; filed September 4, 2009)

b. Proposed Order

Status: No hearing necessary. Counsel requests that the Court enter the proposed order submitted with the Certificate of No Objection.

**CONTESTED MATTERS GOING FORWARD*:*

6. Motion for Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date; (c) Approving Solicitation and Voting Procedures with Respect to Debtors Joint Chapter 11 Plan of Liquidation; (d) Approving Form of Solicitation Package and Notices; and (e) Scheduling Certain Dates in Connection Therewith (Docket No. 149; filed July 9, 2009)

Response Deadline: August 4, 2009 at 4:00 p.m. (ET); extension granted for the US Trustee to August 6, 2009 at midnight (ET).

Responses/Objections:

a. Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Order (a) Approving Disclosure Statement; (b) Fixing Voting Record Date; (c) Approving Solicitation and Voting Procedures with Respect to Debtors' Joint Chapter 11 Plan of Liquidation; (d) Approving Form of Solicitation Package and Notices; and (e) Scheduling Certain Dates in Connection Therewith (Docket No. 228; filed August 4, 2009)

Related Documents:

a. Debtors' Joint Plan Of Liquidation Under Chapter 11 Of The Bankruptcy Code (Docket No. 115; filed June 30, 2009)

b. Disclosure Statement Regarding Debtors' Joint Plan Of Liquidation Under Chapter 11 Of The Bankruptcy Code (Docket No. 116; filed June 30, 2009)

Status: This matter is going forward.

Dated: September 8, 2009
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Tel: 302.777.6500
Fax: 302.421.8390

-and-

Leon R. Barson
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel.: 215.981.4000
Fax: 215.981.4750

*Attorneys for the Debtors
and Debtors in Possession*