UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HSF HOLDING, INC., et al., | ) |
| | ) Case No. 09-11901 (PJW) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the motion (Doc. # 111) of the Debtors for entry of an order approving abandonment of Debtors' estates' interests in a spare main engine is **granted**.

*Peter J. Walsh* (signature)

Peter J. Walsh
United States Bankruptcy Judge

Dated: January 13, 2010